UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

SARI L. REINHEIMER,

                Plaintiff,

- against -

JO ANNE BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

---------------------------------X

Civil Action No.
CV-06-4421
(Spatt, J.)



STIPULATION AND
ORDER

      IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, SARI L. REINHEIMER, and defendant, JOANNE B. BARNHART, Commissioner of Social Security, through their undersigned counsel, that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's decision is reversed, and Plaintiff's claim is remanded for further administrative proceedings, including but not limited to evaluating the medical evidence in accordance with Second Circuit law and applicable regulations and determining whether additional medical records can be obtained, and issuance of a new decision.

      The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: Jericho, New York
       August 21, 2006

                              /s/ Jeffrey Delott (electronically filed)
                              JEFFREY DELOTT, ESQ.
                              *Attorney for Plaintiff*
                              366 North Broadway, Suite 410-K3
                              Jericho, New York 11753

Dated: Central Islip, New York
August 21, 2006

                                              ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
*Attorney for Defendant*
610 Federal Plaza, 5th Floor
Central Islip, New York 11722

By:    /s/ Denise McGinn (electronically filed
DENISE MCGINN (DM-5290)
Assistant United States Attorney
(631) 715-7871

*Case Closed*

SO ORDERED:

_____
HONORABLE ARTHUR D. SPATT
United States District Judge

8/23/06