UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

SARI L. REINHEIMER,

                Plaintiff,

    - against -

JO ANNE B. BARNHART, Commissioner of
Social Security,

                Defendant.

----------------------------------------------------------X

**JUDGMENT**

CV-06-1421 (ADS)

A Stipulation and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on August 23, 2006, that pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is reversed, and plaintiff's claim is remanded for further administrative proceedings, including but not limited to evaluating the medical evidence in accordance with Second Circuit law and applicable regulations and determining whether additional medical records can be obtained, and issuance of a new decision, it is

**ORDERED AND ADJUDGED** that the Commissioner's final decision is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: Central Islip, New York
       August 23, 2006

                                          ROBERT C. HEINEMANN
                                          CLERK OF THE COURT

                             BY:   /S/ LORRAINE SAPIENZA
                                               DEPUTY CLERK